UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAINE

---

In re: LAO Properties, LLC ) Case No. 11-21571
   Debtor ) Chapter 11

---

NOTICE OF APPEARANCE
AND
DEMAND FOR NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the firm of Flagg Law, PLLC hereby enters its appearance on behalf of DDP Florida Investments, LLC, 1 New Hampshire Ave., Suite 125, Portsmouth, NH 03801 and requests that it be served with copies of all notices, pleadings and other papers filed with this Court in the above-captioned matter.

      Respectfully submitted,
      DDP Florida Investments, LLC
      by its attorneys,
      FLAGG LAW, PLLC

Dated: November 30, 2011  By: /s/ Jonathan M. Flagg
         Jonathan M. Flagg  MAINE BAR #3766

**CERTIFICATE OF SERVICE**

STATE OF NEW HAMPSHIRE
ROCKINGHAM, SS.

  I hereby certify that the foregoing Notice of Appearance and Demand for Notices and Pleadings has this day been forwarded to D. Sam Anderson and Jeremy Fisher, attorneys for the debtor, and Jennifer H. Pincus and Stephen G. Morrell, Trustees, and all parties of record.

Dated: November 30, 2011    /s/ Jonathan M. Flagg
           Jonathan M. Flagg

1